# IN RE: DARRIN M.

[No. 164, September Term, 1979.]

*Decided June 6, 1980.*

The cause was argued before MURPHY, C. J., and SMITH, DIGGES, ELDRIDGE, COLE, DAVIDSON and RODOWSKY, JJ.

*William H. Kenety, Assistant Attorney General,* with whom was *Stephen H. Sachs, Attorney General,* on the brief, for appellant.

*Nancy Louise Cook, Assistant Public Defender,* with whom was *Alan H. Murrell, Public Defender,* on the brief, for appellee.

## *O R D E R*

The Court having considered the briefs, appendix, the motion to dismiss and the arguments of counsel, it is this 6th day of June, 1980

ORDERED, by the Court of Appeals of Maryland, that the appeal in the above entitled matter be, and it is hereby, dismissed as moot, with costs. Maryland Rule 835 a 6.

/s/ Robert C. Murphy
Chief Judge